IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Steven Lenkart, <br><br> *Plaintiff,* <br><br> v. <br><br> Cyber Team Six, LLC, <br><br> *Defendant*. | Case No. 1:23-cv-00160 (TSC) |

**PLAINTIFF STEVEN LENKART'S
UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff Steven Lenkart respectfully requests leave of the Court to file an Amended Complaint in response to the Partial Motion for Dismissal, and for Transfer of Venue filed by Defendant Cyber Team Six, LLC (CT6) on January 26, 2023. A proposed order accompanies this memorandum. A clean copy of the proposed amended complaint is attached as Exhibit 1, and a redlined copy of the proposed changes to the complaint that Lenkart first filed in the Superior Court for the District of Columbia on November 17, 2022, is attached as Exhibit 2.

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, a party must seek leave of the Court to file an amended complaint unless consent of the opposing party has been obtained in writing. *See* Fed. R. Civ. P. 15(a)(2). On February 8, 2023, Lenkart's counsel emailed counsel for CT6 seeking their written consent for this amendment. Counsel for CT6 responded by email on February 9, 2023, that it would not oppose this Motion.

Rule 15 provides that "The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Lenkart does not seek through this amendment to add any additional claims or parties to his Complaint. Instead, he simply seeks to provide additional factual allegations to

1

more fully demonstrate why CT6 meets the definition of an "employer" under the District of Columbia Wage Payment and Collection Act, D.C. Code § 32-1308(b) (WPCA). Lenkart seeks to file this amended complaint in response to CT6's Motion for Dismissal and for Transfer of Venue filed on January 26, 2023. In this Motion, CT6 argues that Lenkart has pleaded insufficient facts to allege that CT6 is an "employer" under the WPCA. This argument is the only basis for CT6's Motion to Dismiss Count I of Lenkart's Complaint. Lenkart has opposed CT6's Motion to Dismiss and demonstrated why the allegations in his Complaint do demonstrate that CT6 is an "employer" under the WPCA, but he seeks to amend his complaint to plead additional factual details for why CT6 meets this definition.

The Court has currently stayed briefings pending receipt of the case file from the Superior Court of the District of Columbia, per the Minute Order on January 31, 2023. Once briefings resume the Court will have before it for consideration CT6's Motion for Dismissal and for Transfer of Venue and Lenkart's Opposition. With this Court's permission, Lenkart seeks to file this amended complaint so that the Court may be better able to resolve CT6's Motion to Dismiss Count I, and with the Court's permission, this Motion for Leave to Amend Lenkart's Complaint and address the only issue that CT6 raises in its request for dismissal of Count I. No party is prejudiced by this amendment, and allowing the amendment now best serves the Court's efficiency interests.

## Conclusion

For all the foregoing reasons, the Court should grant this unopposed motion and direct the Clerk of the Court to file the document attached as Exhibit 1 as Lenkart's Amended Complaint and set a date for Defendant CT6 to file a responsive pleading.

Dated: February 9, 2023                              Respectfully submitted,


               ___John T. Harrington_____

               John T. Harrington, Esq. (DC Bar No. 987659)
               R. Scott Oswald, Esq. (DC Bar No. 458859)
               The Employment Law Group, P.C.
               1717 K Street NW, Suite 1110
               Washington, D.C. 20006
               (202) 261-2821
               (202) 261-2835 (facsimile)
               tharrington@employmentlawgroup.com
               soswald@employmentlawgroup.com
               *Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 9, 2023, a true and correct copy of the foregoing was served on Defendant's Counsel through the Court's CM/ECF system, which electronically transmits a copy to the registered participants as identified on the Notice of Electronic Filing.

Jeffrey J. Pargament
Frank C. Gulin
Pargament & Hallowell, PLLC
1776 K Street NW, Suite 825
Washington DC, 20006
202-775-0707
202-775-0733
jpargament@pandhlaw.com
fgulin@pandhlaw.com
*Counsel for the Defendant*

      John T. Harrington
John T. Harrington, Esq.