IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVEN LENKART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 1:23-cv-01042 RGA |
| v. | ) | |
| | ) | |
| CYBER TEAM SIX, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CYBER TEAM SIX

COMES NOW, the Plaintiff, by and through the undersigned counsel, and pursuant to FEDERAL RULE OF CIVIL PROCEDURE 55, files this *Motion for Default Judgment Against Defendant Cyber Team Six* ("**Motion**"). In support of this Motion, Plaintiff states:

1. On March 1, 2023, Plaintiff filed his First Amended Complaint for Equitable and Monetary Relief and Demand for Jury Trial (the "**First Amended Complaint**"). (**Dkt**. 13).

2. On March 15, 2023, Defendant Cyber Team Six, LLC filed a motion for partial dismissal of the amended complaint and for transfer of venue. (**Dkt**. 14).

3. On September 13, 2023, the United States District Court for the District of Columbia issued its Memorandum Opinion and Order granting Defendant's and transferred this action to the United States District Court for the

1

District of Delaware. (**Dkt**. 19).

4. On November 22, 2023, counsel for Defendant Cyber Team Six requested an extension, until January 5, 2024, to file its responsive pleading. Plaintiff's counsel consented to the extension. (**Dkt**. 29).

5. On December 1, 2023, by joint stipulation, the parties requested that the Court sign the stipulation and thereby extend the time for Cyber Team Six to file a responsive pleading to January 5, 2024. (**Dkts**. 28 and 29) On December 1, 2023, this Court granted the parties joint stipulation.

6. On January 3, 2024, Defendant's counsel filed the *Motion of Morris James LLP and Pargament & Hallowell, PLC For Leave to Withdraw as Counsel for Defendant* ("**Motion to Withdraw**"). (**Dkt**. 30). The following day the Court set hearing on the Motion to Withdraw (**Dkt.** 31).

7. On, February 6, 2024, the Court granted the Motion to Withdraw and also stayed the case for 30 days. (**Dkt.** 32).

8. The 30-day stay ended on March 7, 2024. Cyber Team Six, LLC has failed to appear or answer the complaint.

9. As of January 25, 2024, Cyber Team Six is a limited liability company in good standing with the Delaware Secretary of State. *See Delaware Secretary of State Entity Details – Cyber Team Six LLC*, attached hereto as **Exhibit 1**. In the absence of a dissolution completed consistent with Delaware law, 6 DEL.

C. § 18-804, Cyber Team Six, and potentially it's Managing Members and Members, remain available to satisfy Mr. Lenkart's damages claims.

10. By failing to respond, Cyber Team Six has admitted the allegations of the First Amended Complaint. **FRCP** 55(a).

11. Plaintiff confirms by affidavit that the amount of damages Defendant owes him is $208,626.80. *Declaration of Steven Lenkart* attached as **Exhibit 2**.

WHEREFORE, the Plaintiff respectfully requests that the Court enter a judgment[1] against the Defendant in the amount of $208,626.80, or alternatively to schedule an inquisition hearing to establish damages, plus post judgment interest consistent with 28 U.S.C. §1961, and to grant such other and further relief as may be warranted by equity, the law, and the facts.

*[Remainder of Page Left Intentionally Blank]*

---

[1] **Pursuant to** 50 U.S.C. § 521(b)(4)), the Servicemembers Civil Relief Act, at **Exhibit 3**, find the *Declaration of Steven Lenkart* confirming that Defendant Cyber Team Six, LLC is not in any branch of US military service.

DATE: March 12, 2024

        **CONAWAY LEGAL LLC**

        */s/ Bernard G. Conaway*
        Bernard G. Conaway, Esquire (DE 2856)
        1007 North Orange Street, Suite 400
        Wilmington, Delaware 19801
        Phone: (302) 428-9350
        Email: bgc@conaway-legal.com


        R. Scott Oswald, D., Esq., *admitted pro hac vice*
        John T. Harrington., Esq., *admitted pro hac vice*
        **The Employment Law Group, P.C**.
        888 17th Street, NW, Suite 900
        Washington, D.C. 20006
        Phone: (202) 261-2806
        Email: soswald@employmentlawgroup.com
        Email: tharrington@employmentlawgroup.com

        *Attorney for the Plaintiff Steven Lenkart*