## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN LENKART, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. No. 1:23-cv-01042-RGA |
| CYBER TEAM SIX, LLC | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Following the July 17, 2024, hearing on the Plaintiff Steven Lenkart's *Motion for Default Judgment Against Defendant Cyber Team Six*, D.I. 34, and based upon documentary evidence, D.I. 42, and testimony offered thereat, and for the reasons stated on the record, judgment is hereby entered as follows:

1.  Judgment is entered in favor of the Plaintiff, Steven Lenkart and against Defendant Cyber Team Six in the amount of $370,095.71 for claims arising under the D.C. WAGE PAYMENT AND COLLECTION ACT, D.C. Code § 32-1301 *et seq*.

2.  Consistent with 29 U.S.C. § 1961 post judgment interest is awarded at the rate of 4.96% to compound annually from the date the judgment is entered and until the judgment is paid.

DATE: August __6__, 2024

/s/ Richard G. Andrews
The Honorable Richard G. Andrews
United States District Judge